# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 21, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145808-15 & (33)(34)(35)

INTERNATIONAL TRANSMISSION
COMPANY, d/b/a ITC,
   Plaintiff-Appellant,

v

GREGORY K. BEABER, *et al*,
   Defendants-Appellees,

and

CONSUMERS POWER COMPANY,
   Appellee.

SC: 145808
COA: 311949
Washtenaw CC: 11-001270-CC

_____/

INTERNATIONAL TRANSMISSION
COMPANY, d/b/a ITC,
   Plaintiff-Appellant,

v

MATTHEW DIXON, *et al*,
   Defendants-Appellees,

and

CONSUMERS POWER COMPANY,
   Appellee.

SC: 145809
COA: 311988
Washtenaw CC: 11-001273-CC

_____/

INTERNATIONAL TRANSMISSION
COMPANY, d/b/a ITC,
    Plaintiff-Appellant,

v             SC: 145810
              COA: 311989
              Washtenaw CC: 11-001297-CC

PATRICIA KUHN, *et al*,
    Defendants-Appellees,

and

CONSUMERS POWER COMPANY,
    Appellee.

_____/

INTERNATIONAL TRANSMISSION
COMPANY, d/b/a ITC,
    Plaintiff-Appellant,

v             SC: 145811
              COA: 311990
              Washtenaw CC: 11-001299-CC

ESTATE OF LILA SLAY, *et al*,
    Defendants-Appellees,

and

CONSUMERS POWER COMPANY,
    Appellee.

_____/

INTERNATIONAL TRANSMISSION
COMPANY, d/b/a ITC,
    Plaintiff-Appellant,

v             SC: 145812
              COA: 311991
              Washtenaw CC: 11-001265-CC

MICHAEL A. ROGERS, *et al*,
    Defendants-Appellees,

and

CONSUMERS POWER COMPANY,
    Appellee.

_____/

INTERNATIONAL TRANSMISSION
COMPANY, d/b/a ITC,
          Plaintiff-Appellant,

v

DAVID C. LEMKE, *et al*,
          Defendants-Appellees,

and

CONSUMERS POWER COMPANY,
          Appellee.

SC: 145813
COA: 311992
Washtenaw CC: 11-001269-CC

_____/

INTERNATIONAL TRANSMISSION
COMPANY, d/b/a ITC,
          Plaintiff-Appellant,

v

WARREN L. SMITH, *et al*,
          Defendants-Appellees,

and

CONSUMERS POWER COMPANY,
          Appellee.

SC: 145814
COA: 311993
Washtenaw CC: 11-001276-CC

_____/

INTERNATIONAL TRANSMISSION
COMPANY, d/b/a ITC,
          Plaintiff-Appellant,

v

HARRY B. LIOGGHIO, *et al*,
          Defendants-Appellees,

and

CONSUMERS POWER COMPANY,
          Appellee.

SC: 145815
COA: 311994
Washtenaw CC: 11-001279-CC

_____/

On order of the Court, the motions for immediate consideration and to waive the transcript requirement are GRANTED. The application for leave to appeal the September 5, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court. The motion for stay is DENIED as moot.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 21, 2012

_____
Clerk

p0918